# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br>v.<br><br>William Johnson(21),<br>　　　　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:　TONY N. LEUNG<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 23-cr-160 NEB/JFD |
| Date: | May 4, 2023 |
| Courthouse: | Minneapolis |
| Court Reporter: | Kristine Mousseau |
| Courtroom: | 9W |
| Time Commenced: | 10:51 a.m. |
| Time Concluded: | 10:53 a.m. |
| Time in Court: | 2 minutes |

APPEARANCES:

　Plaintiff: Brian Lynch and Samantha Bates, Assistant U.S. Attorney
　Defendant:  Charles Connor Cremens
　　　X CJA

**Indictment Dated:**　April 26, 2023

　X Reading of Indictment Waived　　　X Not Guilty Plea Entered

Other Remarks:

　X Counsel to be notified of additional dates by separate Order to be issued.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/jam
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy