# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | Case Number: 23-cr-160 (NEB/JFD) |
| v. | |
| WILLIAM JOHNSON (21), | Date: January 16, 2026 |
| | Courthouse: Minneapolis |
| | Courtroom: 14W |
| | Court Reporter: Renee Rogge |
| Defendant. | Time Commenced: 9:05 a.m. – 10:45 a.m. |
| | 11:00 a.m. – 12:30 p.m. |
| | Time in Court: 3 hours and 10 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 14W, Minneapolis, Minnesota.

APPEARANCES:
 Plaintiff:   Brian Lynch and Albania Concepcion, Assistant U.S. Attorneys
 Defendant:   Manvir Atwal and Daniel Huddleston, Assistant Federal Defenders

PROCEEDINGS:

Trial Proceedings:
- ☒ Jury Trial - Begun (Trial Day 5)
- ☒ Government Witnesses: Chris Shaw, Officer Aaron Burns, Lieutenant Ryan Kelly, Sergeant Sara Metcalf, Officer Dirk Spee, Officer Ian Ott, Officer Jeremy Alley and Seargent Charls Green
- ☒ Jury Trial continued to January 20, 2026 at 9:00 a.m.

Date: January 16, 2026                                                                                            s/KW
                                                                 Signature of Courtroom Deputy to Judge Nancy E. Brasel