# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | Case Number: 23-cr-160 (NEB/JFD) |
| v. | |
| WILLIAM JOHNSON (21), | |
| Defendant. | |

| | |
|---|---|
| Date: | January 20, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 14W |
| Court Reporter: | Renee Rogge |
| Time Commenced: | 9:00 a.m. – 10:20 a.m. |
| | 10:35 a.m. – 11:40 a.m. |
| | 12:50 p.m. – 3:00 p.m. |
| | 4:00 p.m. – 4:50 p.m. |
| Time in Court: | 4:50 p.m. |
| | 5 hours and 25 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 14W, Minneapolis, Minnesota.

**APPEARANCES:**
Plaintiff: Brian Lynch and Albania Concepcion, Assistant U.S. Attorneys
Defendant: Manvir Atwal and Daniel Huddleston, Assistant Federal Defenders

**PROCEEDINGS:**

Trial Proceedings:
- ☒ Jury Trial - Begun (Trial Day 6)
- ☒ Government Witnesses: Sergeant Charles Green and Dr. Lorren Jackson
- ☒ The Government rests.
- ☒ Defendant's motion for judgment of acquittal was moved, argued and denied.
- ☒ Defendant Witnesses: Todd Turpitt, Billy Ray Johnson, Sergeant David Ligneel and Rebecca Biermann
- ☒ Defendant's right to testify was reviewed on the record.
- ☒ Defense rests.
- ☒ Jury instruction charge conference.
- ☒ Jury Trial continued to January 21, 2026 at 9:00 a.m. for the parties and 10:00 a.m. for the jury trial.

Date: January 20, 2026                                                              s/KW
                                                       Signature of Courtroom Deputy to Judge Nancy E. Brasel