# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM JOHNSON (21),<br><br>Defendant. | **COURT MINUTES**<br>Case Number: 23-cr-160 (NEB/JFD)<br><br>Date: January 21, 2026<br>Courthouse: Minneapolis<br>Courtroom: 14W<br>Court Reporter: Renee Rogge<br>Time Commenced: 9:05 a.m. – 9:20 a.m.<br>10:05 a.m. – 11:25 a.m.<br>11:40 a.m. – 2:25 p.m.<br>4:00 p.m. – 4:10 p.m.<br>Time in Court: 4:10 p.m.<br>4 hours and 30 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 14W, Minneapolis, Minnesota.

APPEARANCES:
  Plaintiff:     Brian Lynch and Albania Concepcion, Assistant U.S. Attorneys
  Defendant:     Manvir Atwal and Daniel Huddleston, Assistant Federal Defenders

PROCEEDINGS:

Trial Proceedings:
☒ Jury Trial - Begun (Trial Day 7)
☒ Final review of jury instructions with the parties.
☒ Bell findings on the record
☒ Closing arguments.
☒ Jury instructions read into the record
☒ Deliberations began at 2:25 p.m.
☒ Verdict reached at 3:34 p.m.
☒ Guilty on Counts 1 and 2 of the Third Superseding Indictment.
☒ Jury trial complete.

Date: January 21, 2026                                                                          s/KW
                                                                Signature of Courtroom Deputy to Judge Nancy E. Brasel